UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| JEFFREY PAUL BARNARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 04-100-B-W |
| | ) | |
| MILLINOCKET POLICE DEPARTMENT, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

ORDER ACCEPTING THE
<u>RECOMMENDED DECISION OF THE MAGISTRATE JUDGE</u>

No objections having been filed to the Magistrate Judge's Recommended Decision filed August 3, 2005, the Recommended Decision is accepted.

1. It is therefore <u>ORDERED</u> that Defendants' Motion to Dismiss (Docket #34) is <u>GRANTED</u> thereby dismissing the Maine State Police and the Maine Office of the Attorney General from this action.

　　　　　　　　　　　　　　　　　　　/s/ John A. Woodcock, Jr.
　　　　　　　　　　　　　　　　　　　JOHN A. WOODCOCK, JR.
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Dated this 29th day of August, 2005